# Third District Court of Appeal

## State of Florida

Opinion filed September 21, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1390
Lower Tribunal No. 16-18231
_____

**Juan Contreras,**
Appellant,

vs.

**Heartwood 47, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

John Paul Arcia, P.A., and John Paul Arcia and Michael J. Farrar , for appellant.

Thomas Butler, P.A., and Thomas J. Butler, for appellee Norma Contreras.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Juan Contreras appeals a trial court order awarding his ex-wife, Norma, a 50% share of surplus funds from the foreclosure sale of their marital home.  In finding Norma entitled to half of the proceeds, the trial court order relied, in pertinent part, on language in the final judgment on the dissolution of the parties' marriage.  While this appeal was pending, Juan also appealed the final judgment of dissolution of marriage.  In resolving that separate appeal, this court found improper service and vacated the final judgment of dissolution.  See Contreras v. Contreras, 336 So. 3d 772 (Fla. 3d DCA 2021). The court explained that "[u]nder well-settled Florida law, property rights cannot be adjudicated in dissolution proceedings 'where service is by publication, except to the extent that the court obtains in rem jurisdiction over particular real property described in the notice of action.'" Id. at 773 (citations omitted).  Accordingly, we vacate the disbursement order and remand to the trial court for further proceedings.

Reversed and remanded; disbursement order vacated.